NATIONAL LABOR RELATIONS BOARD, Petitioner,

v.

LOCAL 761, INTERNATIONAL UNION OF ELECTRICAL, RADIO AND MACHINE WORKERS, AFL-CIO, Respondent.

No. 14261.

United States Court of Appeals
Sixth Circuit.

March 13, 1961.

Samuel M. Singer, National Labor Relations Board, Washington, D. C., Stuart Rothman, General Counsel, Dominick L. Manoli, Associate General Counsel, Marcel Mallet-Prevost, Asst. General Counsel, Donald J. Bardell, Attorneys, National Labor Relations Board, Washington, D. C., on brief, for petitioner.

David S. Davidson, Washington, D. C., Benjamin C. Sigal, Edmond F. Rovner, Washington, D. C., and Herbert L. Segal, Louisville, Ky., on brief, for respondent.

Before McALLISTER, Chief Judge, SIMONS, Senior Circuit Judge, and THORNTON, District Judge.

ORDER.

The above cause coming on to be heard on the record, the briefs of the parties and the argument of counsel in open court, and it appearing that the order of the National Labor Relations Board was sustained by evidence on the record, as a whole, and that enforcement should be granted, and the court being duly advised,

Now, therefore, it is ordered and adjudged that a decree be entered granting enforcement of the order of the National Labor Relations Board.

Malcolm Dewain FLINN, Appellant,

v.

UNITED STATES.

No. 16678.

United States Court of Appeals
Eighth Circuit.

Jan. 9, 1961.

Charles M. Shaw, Clayton, Mo., for appellant.

William H. Webster, U. S. Atty., St. Louis, Mo., for appellee.

PER CURIAM.

Appeal docketed without payment of docketing fee. Leave to proceed further on appeal in forma pauperis denied and appeal dismissed as legally frivolous.

UNITED STATES, Appellant,

v.

James NORMAN and Ronald R. Darbo.

No. 16664.

United States Court of Appeals
Eighth Circuit.

Jan. 16, 1961.

Thomas J. Skutt, Asst. U. S. Atty., Omaha, Neb., for appellant.

John S. Sloma, Omaha, Neb., for appellee.

PER CURIAM.

Appeal from District Court dismissed on motion of appellant, without costs to either party.